# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV-05-6581-RJK | Date | 10-20-05 |
|---|---|---|---|

| Title | Raymond Arretche, et al -v- City of Beaumont, et al |
|---|---|

Present: The Honorable    ROBERT J. KELLEHER

| Debra L. O'Neill | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:    Attorneys Present for Defendants:

N/A    N/A

**Proceedings:**   IN CHAMBERS

The parties are reminded of their obligations to disclose information and confer on a discovery plan not later than 21 days prior to the deadline set forth in Federal Rules of Civil Procedure 16(b) and 26(f). The parties are also reminded of their obligations to file their Rule 26(f) discovery report with the Court not later than 14 days after they confer on a discovery plan and the other matters required by Federal Rules of Civil Procedure 16(b) and 26(f) and the Local Rules of this Court. Failure to comply may lead to the imposition of sanctions.

DOCKETED ON CM
OCT 20 2005

Initials of Preparer