Michael A. McGill  SBN 231613
mcgill@policeattorney.com
**LACKIE & DAMMEIER APC**
367 North Second Avenue
Upland, CA 91786
Telephone: (909) 985-4003
Facsimile:  (909) 985-3299

Attorneys for Plaintiffs
RAYMOND ARRETCHE and
STEVE HOBB

NOTE CHANGES MADE BY THE COURT.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RAYMOND ARRETCHE and STEVE HOBB,

Plaintiffs,

vs.

CITY OF BEAUMONT, etc., et al.,

Defendants.

Case No.: CV 05-6581 RJK (VBKx)

*Honorable Robert J. Kelleher*

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO DISQUALIFY COUNSEL

Hearing Date:  June 5, 2006
Time:          1:00 p.m.
Courtroom:     1439

[PROPOSED] ORDER

Plaintiffs' motion to disqualify attorney Jon Hamilton and the law firm of Ferguson Praet & Sherman from representing Defendants in this matter ~~came on~~ was taken under submission. ~~for regular hearing on June 5, 2006, at 1:00 p.m. in Courtroom 1439 of the above-referenced Court, Judge Robert J. Kelleher, presiding. Michael A. McGill, Esq. Of Lackie & Dammeier, APC, appeared for Plaintiffs, Erik Lund, Esq. of Ferguson, Praet & Sherman appeared for Defendants.~~ RJK

[PROPOSED] ORDER

1

After full consideration of all admissible evidence, the authorities cited by counsel, ~~and counsel's oral argument,~~ RJK and good cause appearing, Plaintiffs motion to disqualify Defendants' counsel of record is GRANTED.

Dated: June 12, 2006

_____
JUDGE ROBERT J. KELLEHER
Judge of the United States District
Court, Central District of California

[PROPOSED] ORDER

2

# PROOF OF SERVICE

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 367 North Second Ave., Upland, California 91786.

On **May 12, 2006** served the following DOCUMENTS [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO DISQUALIFY COUNSEL on the interested parties in this action by placing a true and correct copy of each document thereof, enclosed in a sealed envelope addressed as follows:

| Erik L. Lund, Esq.<br>Ferguson, Praet, & Sherman<br>1631 East 18th Street<br>Santa Ana, CA 92705-7101 | |
|---|---|

(✓) I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date in the United States mail at Upland, California.

( ) By Personal Service, I caused such envelope to be delivered by hand to the above addressee(s).

( ) By overnight courier, I caused the above-referenced document(s) to be delivered to an overnight courier service (UPS), for delivery to the above addressee(s).

( ) By facsimile machine, I caused the above-referenced document(s) to be transmitted to the above-named persons(s) at the following telecopy number:

( ) Certified Mail:

Executed on **May 12, 2006**, at Upland, California.

( ) (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

(✓) (Federal) I declare under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

*Julie E. Peterson*